**DISMISS and Opinion Filed September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00139-CR**

**EX PARTE PABLO CHAVEZ**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX21-90111**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Myers

On September 20, 2021, appellant filed a motion for voluntary dismissal of the appeal. The motion is signed by appellant and by counsel. *See* TEX. R. APP. P. 42.2(a). We **GRANT** the motion and **DISMISS** the appeal. *See id*. 43.2(f).

/Lana Myers//
LANA MYERS
JUSTICE

210139f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

EX PARTE PABLO CHAVEZ

No. 05-21-00139-CR

On Appeal from the 292nd Judicial District Court, Dallas County, Texas Trial Court Cause No. WX21-90111. Opinion delivered by Justice Myers. Justices Partida-Kipness and Garcia participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 21st day of September, 2021.